FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB - 9 2017
JAMES W. McCORMACK, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:17CR 00039 JM |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| MARIO D. GREEN | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. Prior to July 25, 2016, the defendant,

MARIO D. GREEN,

had previously been convicted as follows:

1. In Washington County Circuit Court for aggravated assault and terroristic threatening in criminal case CR-2006-2822; and
2. In Washington County Circuit Court for felon in possession of a firearm in criminal case CR-2007-2536.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about July 25, 2016, in the Eastern District of Arkansas, the defendant

MARIO D. GREEN,

did knowingly possess the following ammunition, in and affecting commerce, to wit:

(1) Nine rounds of Remington .25 caliber ammunition; and

(2) Five rounds of Winchester .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

[End of Text. Signature page attached.]